UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

DEBORAH MORROW, )
       Appellant, )
) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 2:16-cv-1-D**
)
PHH MORTGAGE CORPORATION, )
       Appellee. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS PHH's motion to dismiss [D.E. 17] and DISMISSES the appeal.

**This Judgment Filed and Entered on January 10, 2017, and Copies To:**

| | |
|---|---|
| Deborah Morrow | (Sent to 1111 Meadow Drive Elizabeth City, NC 27909 via US Mail) |
| William Paul Harris | (via CM/ECF electronic notification) |
| Jason K. Purser | (via CM/ECF electronic notification) |

DATE:                               JULIE RICHARDS JOHNSTON, CLERK
January 10, 2017            (By) /s/ Nicole Briggeman
                                       Deputy Clerk